**No. 55566.**—F. T. Blissert Bag Company et al. *v.* United States, protests 155467–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55567.**—Amscan Co. et al. *v.* United States, protests 158315–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55568.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 158861–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55569.**—Chanticleer Press, Inc., et al. *v.* United States, protests 166984–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MAY 22, 1951

**No. 55570.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 166223–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 55571.**—L. Ruhe, Inc. *v.* United States, protest 169352–K (A) (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 55572.**—Trefflichs Bird & Animal Co., Inc. *v.* United States, protest 153045–K (New York).

Opinion by CLINE, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners & Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantity of 255 birds reported by the inspector as not landed was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that the importer is entitled to a refund in duties assessed on 255 birds reported by the inspector as not landed. The protest was sustained to this extent.